*Wednesday, November 29, 2000*

## DISCIPLINARY DOCKET

**96–2434. Dayton Bar Assn. v. Marzocco.**
On October 5, 2000, movant, Disciplinary Counsel, filed a motion for this court to issue an order requiring respondent, Ralph L. Marzocco, to show cause why respondent should not be held in contempt. Upon consideration thereof,

IT IS ORDERED by the court, effective November 28, 2000, that the motion be, and hereby is, granted to the extent that respondent show cause by filing a written response with the Clerk of this court on or before twenty days from the date of this order why he should not be found in contempt.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, *sua sponte*, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

**99–808. Cuyahoga Cty. Bar Assn. v. Muhlbach.**
This matter came on for further consideration upon the filing on September 19, 2000, by respondent, P. Michael Muhlbach, of an application for reinstatement. On October 12, 2000, relator, Cuyahoga County Bar Association, filed a motion for leave to respond to application for reinstatement. Upon consideration thereof,

IT IS ORDERED by this court that the motion for leave to respond be, and hereby is, granted, effective November 28, 2000.

DOUGLAS, J., dissents and would grant the application for reinstatement.

*Thursday, November 30, 2000*

## MISCELLANEOUS DISMISSALS

**00–1715. Galloway v. Skow.**
Lucas App. No. L–00–1225. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. It appears from the records of this court that appellant has not filed a merit brief, due November 22, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte*.

*Friday, December 1, 2000*

## MISCELLANEOUS DISMISSALS

**00–2131. State ex rel. Ruff v. Court of Appeals, First App. Dist. of Ohio.**
In Mandamus. On November 27, 2000, relator filed a complaint in mandamus. Whereas the complaint does not include the affidavit in support of the complaint as required by S.Ct.Prac.R. X(4),

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed.